UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN WALDRON,

    Plaintiff,

    v.

DONALD D. GAETZ, DARREN HATLEY, LT. DILDAY, LT. ASHBY, INTERNAL AFFAIRS C/O, LT. PARNELL, C/O LEE, DANNY HARTLINE, ILLINOIS DEPARTMENT OF CORRECTIONS CHIEF OF 4TH DISTRICT OPERATIONS, BARB MUELLER, ADMINISTRATIVE REVIEW BOARD, ILLINOIS DEPARTMENT OF CORRECTIONS DIRECTOR and C/O MARTIN,

    Defendants.

Case No. 11-cv-242-JPG-PMF

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:

- Plaintiff John Waldron's claim against defendants Lt. Ashby and Internal Affairs C/O that he was denied a polygraph test in violation of the Fourteenth Amendment due process clause;

- Plaintiff John Waldron's claim against defendants Danny Hartline, IDOC Chief of 4th District Operations, Donald D. Gaetz, Lt. Ashby, and Administrative Review Board that his grievances were denied;

- Plaintiff John Waldron's claim against defendant C/O Martin that his aggression level was raised without warning in violation of the Fourteenth Amendment due process clause;

- Plaintiff John Waldron's claim against defendant Darren Hatley for issuing a disciplinary report that led to an adverse disciplinary decision in violation of the Fourteenth Amendment due process clause; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- Plaintiff John Waldron's claim against defendants Barb Mueller and Danny Hartline that the prison lacked a uniform polygraph regarding the use of polygraph tests;

- All claims against defendants Illinois Department of Corrections Director, Lt. Dilday and C/O Lee; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Lt. Ashby and Lt. Parnell and against plaintiff John Waldron on his claim that he was issued discipline without holding a hearing to consider his evidence and that the disciplinary decision was not supported by at least some evidence, all in violation of the Fourteenth Amendment due process clause.

DATED: August 12, 2013          NANCY J. ROSENSTENGEL, Clerk of Court

                                                By:s/Deborah Agans, Deputy Clerk

Approved:    s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**